In the Matter of H. L. GREEN Co., INC., Appellant and Respondent, against LAZARUS JOSEPH, as Comptroller of the City of New York, Respondent and Appellant.

Argued May 27, 1947; decided July 2, 1947.

*Sol Charles Levine, Sidney H. Levine* and *Joseph M. Godman* for petitioner-appellant-respondent.

*Charles E. Murphy, Corporation Counsel (Isaac C. Donner, Seymour B. Quel* and *Bernard H. Sherris* of counsel), for defendant-respondent-appellant.

Order of Appellate Division modified by eliminating the provision as to interest and as so modified, affirmed, without costs. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.